**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Petro-Hunt, L.L.C., a Delaware limited liability company, | ) ) ) | **ORDER ADOPTING STIPULATION FOR DISMISSAL** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Edward "Solly" Danks and Georgiana Danks, husband and wife, | ) ) ) | Case No. 4:12-cv-078 |
| Defendants. | ) | |

Before the court is a "Stipulation for Dismissal with Prejudice" filed February 4, 2014. The court **ADOPTS** the stipulation (Docket No. 36) and **ORDERS** the above-captioned case **DISMISSED WITH PREJUDICE** and without costs or fees to either party.

Dated this 5th day of February, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court